# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

CRAWFORD BENSON,                    )
                                    )
       Plaintiff,              )
                                    )
       v.                      )      No. 1:14CV168 ACL
                                    )
DUNKLIN COUNTY,                     )
                                    )
       Defendant,              )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith. As a result, the motion will be denied. See 28 U.S.C. § 1915(a)(3). Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal [ECF No. 12] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $505 appellate filing fee with this Court or file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

Dated this 25th day of February, 2015.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE