UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CRAWFORD BENSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:14CV168 ACL |
| DUNKLIN COUNTY, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The Court of Appeals has remanded this action for the assessment and collection of the appellate filing fee. Based on plaintiff's previous financial information, the Court will assess an initial partial filing fee of $0.45. *See Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall pay an initial filing fee of $0.45 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 29th day of June, 2015.

ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE